UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL C. HAGERMAN,

        Plaintiff,

v.

FRANK RUSSELL COMPANY,

        Defendant.

C16-1398 TSZ

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    Plaintiff's Motion to Quash Defendant's Subpoena or for Protective Order, docket no. 12, is GRANTED in part and DENIED in part. The motion is DENIED and defendant shall be entitled to subpoena plaintiff's personnel file and any documents regarding plaintiff's job duties, evaluations, disciplinary records, benefit information, and payroll records relating to his employment with Bank of America. Except as DENIED, the motion is otherwise GRANTED and the subpoena is quashed.

    (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

    Dated this 22nd day of February, 2017.

        William M. McCool
        Clerk

        s/Karen Dews
        Deputy Clerk

MINUTE ORDER - 1